**FORM 18. Joint Stipulation of Voluntary Dismissal**  Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CORRECTED
**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

**Case Number** 2022-1855

**Short Case Caption** Terves LLC v. Yueyang Aerospace New Materials Co. Ltd.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2022-1855

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 12/04/2023

Signature: /s/ Martin S. High
Name: Martin S. High
Party Name: Ecometal Inc. and Nick Yuan

Date: 12/5/23

Signature: s/ Matthew J. Cavanagh
Name: Matthew J. Cavanagh
Party Name: Terves LLC

☐ Additional pages attached